## CALEB PILLSBURY *vs.* CAMMETT AND NELSON.

In an action of assumpsit against two, one of the defendants, who has been defaulted, is not a competent witness for the other.

This was an action of assumpsit upon a promissory note, made by the defendants, and payable to one *Benjamin Pillsbury*, and by him endorsed to the plaintiff.  *Nelson* was defaulted.  *Cammett* pleaded the general issue, upon which the cause was tried at September term, 1819.

The defence, upon which *Cammett* relied, was, that the contract had been rescinded between him and *Benjamin Pillsbury*, the promissee, before the note was endorsed to the plaintiff ; and to prove this, he called *Nelson*, the other defendant.  The plaintiff's counsel objected to the admission of *Nelson* as a witness ; but he was admitted, and a verdict returned in favor of *Cammett*.  The verdict was, however, taken, subject to the opinion of the court, upon the question, whether *Nelson* was a competent witness.

*French*, for the plaintiff.

*Hoar*, for the defendant.

*By the court.*  This is an action of assumpsit against two defendants, upon a joint contract, and it is a general rule, to which this case seems to form no exception, that in such a case, judgment cannot be given against one defendant with-

out the other.   1 *Chitt. Pl.* 31.—1 *East* 48, *Sheriff et al. vs. Wilks.*

The verdict in favor of *Cammett* has placed the plaintiff in a situation, in which he cannot avail himself of *Nelson's* default.   *Nelson* was, therefore, clearly an incompetent witness for *Cammett.*(1)

(1) Phillips'
Ev. 62.

*The verdict must be set aside, and a new trial be granted.*